IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES MICHAEL
BARTON,

Appellant,

v.

BANK OF AMERICA, N.A.
SUCCESSOR, MERGER TO
BAC HOME LOANS
SERVICING, LP,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2041

Opinion filed February 9, 2015.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Charles Michael Barton, pro se, Appellant.

James Randolph Liebler, Tricia Julie Duthiers, and Joshua Robert Levine of
Liebler, Gonzalez & Portuondo, Miami; Tripp Scott of Tripp Scott, P.A., Fort
Lauderdale; and William Noriega, Clearwater, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.